| B. 104 (Rev.8/99) | **ADVERSARY PROCEEDING SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (For Court Use Only) |
|---|---|---|

| **PLAINTIFFS**<br>RICHARD M KIPPERMAN, Chapter 7 Trustee<br><br>Address | **DEFENDANTS**<br>HAROLD GEWERTER aka Harold P. Gewerter, an individual; and Harold P. Gewerter, Esq., LTD., a Nevada corporation<br><br>Address<br>6465 Edna Avenue<br>Las Vegas, NV  89102 |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone Number)<br>Yosina M. Lissebeck, Esq.   (#201654)<br>SPARBER RUDOLPH ANNEN, APLC<br>701 "B" Street, Suite 1000<br>San Diego, CA 92101<br>(619) 239-3600 | ATTORNEYS (if known) |

**PARTY** (Check one box only)   [ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [X] 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (Write a brief statement of cause of action, including all U.S. statutes involved)
Avoidance Action - 11 U.S.C. §547, 548 and California Civil Code §3439.04 and §3439.05.

### NATURE OF SUIT
(Check the one most appropriate box only)

- [X] 454 To recover money or property
- [ ] 435 To determine validity, priority, or extent of a lien or other interest in property
- [ ] 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- [ ] 424 To object or to revoke a discharge 11 U.S.C. § 727
- [ ] 455 To revoke an order of confirmation of a Chapter 11 or Chapter 13 Plan
- [ ] 426 To determine the dischargeability of a debt 11 U.S.C. § 523
- [ ] 434 To obtain an injunction or other equitable relief
- [ ] 457 To subordinate any allowed claim or interest except where such subordination is provided in a Plan
- [ ] 456 To obtain a declaratory judgment relating to any of the foregoing causes of action
- [ ] 459 To determine a claim or cause of action removed to a bankruptcy court
- [ ] 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only)   [X] 1 Original Proceeding   [ ] 2 Removed Proceeding   [ ] 4 Reinstated or Reopened   [ ] 5 Transferred from Another Bankruptcy Court   [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND** NEAREST THOUSAND $ 1,126,000.00   OTHER RELIEF SOUGHT   [ ] JURY DEMAND

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>COMMERCIAL MONEY CENTER, INC. | BANKRUPTCY CASE NUMBER:<br>02-09721-H7 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>SOUTHERN | DIVISIONAL OFFICE<br>San Diego | NAME OF JUDGE<br>John J. Hargrove |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NUMBER: |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only)   [x] FEE ATTACHED   [ ] FEE NOT REQUIRED   [ ] FEE IS DEFERRED

| DATE<br>May 28, 2004 | PRINT NAME<br>Yosina M. Lissebeck, Esq | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/Yosina M. Lissebeck |
|---|---|---|

B104

B-104
(Rev. 8/99)

# ADVERSARY PROCEEDING COVER SHEET (Reverse Side)

This cover sheet must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney) and submitted to the Clerk of the Court upon the filing of a complaint initiating an adversary proceeding.

The cover sheet and the information contained on it *do not* replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. This form is required for the use of the Clerk of the Court to initiate the docket sheet and to prepare necessary indices and statistical records. A separate cover sheet must be submitted to the Clerk of the Court for each complaint filed. The form is largely self-explanatory.

**Parties.** The names of the parties to the adversary proceeding *exactly* as they appear on the complaint. Give the names and addresses of the attorneys if known. Following the heading "Party," check the appropriate box indicating whether the United States is a party named in the complaint.

**Cause of Action.** Give a brief description of the cause of action including all federal statutes involved. For example, "Complaint seeking damages for failure to disclose information, Consumer Credit Protection Act, 15 U.S.C. § 1601 et seq.," or "Complaint by trustee to avoid a transfer of property by the debtor, 11 U.S.C. § 544."

**Nature of Suit.** Place an " X " in the appropriate box. Only one box should be checked. If the cause fits more than one category of suit, select the most definitive.

**Origin of Proceedings.** Check the appropriate box to indicate the origin of the case:

1. Original Proceeding.
2. Removed from a State or District Court.
4. Reinstated or Reopened.
5. Transferred from Another Bankruptcy Court.

**Demand.** On the next line, state the dollar amount demanded in the complaint in thousands of dollars. For $1,000, enter "1," for $10,000, enter "10," for $100,000, enter "100," if $1,000,000, enter "1000." If $10,000,000 or more, enter "9999." If the amount is less than $1,000, enter " 0001." If no monetary demand is made, enter " XXXX." If the plaintiff is seeking non-monetary relief, state the relief sought, such as injunction or foreclosure of a mortgage.

**Bankruptcy Case in Which This Adversary Proceeding Arises.** Enter the name of the debtor and the docket number of the bankruptcy case from which the proceeding now being filed arose. Beneath, enter the district and divisional office where the case was filed and the name of the presiding judge.

**Related Adversary Proceedings**. State the names of the parties and the six-digit adversary proceeding number from any adversary proceeding concerning the same two parties or the same property currently pending in any bankruptcy court. On the next line, enter the district where the related case is pending and the name of the presiding judge.

**Filing Fee.** Check one box. The fee must be paid upon filing unless the plaintiff meets one of the following exceptions. The fee is not required if the plaintiff is the United States government or the debtor. If the plaintiff is the trustee or a debtor in possession and there are no liquid funds in the estate, the filing fee may be deferred until there are funds in the estate. (In the event no funds are ever recovered for the estate, there will be no fee). There is no fee for adding a party after the adversary proceeding has been commenced.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the right of the last line of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is *pro se,* that is, not represented by an attorney, the plaintiff must sign.

The name of the signatory must be printed in the box to the left of the signature. The date of the signing must be indicated in the box on the far left of the last line.

Gary B. Rudolph, Esq. (#101921)
William P. Fennell, Esq. (#164210)
Yosina M. Lissebeck, Esq. (#201654)
SPARBER RUDOLPH ANNEN, APLC
A Professional Law Corporation
701 "B" Street, Suite 1000
San Diego, CA 92101
Telephone (619) 239-3600
Facsimile (619) 239-5601

Attorneys for Richard M Kipperman, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Bankruptcy No. 02-09721-H7 |
| COMMERCIAL MONEY CENTER, INC., | ) (Jointly Administered with<br>) Case No. 02-09720-H7) |
| Debtor. | ) Chapter 7 |
| | ) Adversary No._____ |
| RICHARD M KIPPERMAN, Chapter 7 Trustee for the Bankruptcy Estates of Commercial Money Center, Inc. and Commercial Servicing Corporation, | ) <br>) **COMPLAINT TO AVOID**<br>) **PREFERENCES AND FRAUDULENT**<br>) **CONVEYANCES** |
| Plaintiff, | ) |
| v. | ) |
| HAROLD GEWERTER, aka HAROLD P. GEWERTER, an individual; and HAROLD P. GEWERTER, ESQ., LTD, a Nevada corporation, | ) |
| Defendant. | ) |

Richard M Kipperman (the "Trustee" or "Plaintiff"), the chapter 7 trustee for the bankruptcy estates (the "Bankruptcy Estates") of Commercial Money Center, Inc. ("CMC") and Commercial Servicing Corporation ("CSC", together with CMC, the "Debtors"), hereby alleges for his Complaint (the "Complaint") against Harold Gewerter, aka Harold P. Gewerter, an individual; and Harold P. Gewerter, Esq., LTD, as follows:

5217-1/202647.1

**JURISDICTION/VENUE**

1. On May 30, 2002 (with respect to CMC, the "Petition Date"), CMC commenced a case under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 1330 (the "Bankruptcy Code") in the Bankruptcy Court for the Southern District of Florida. On June 13, 2002 (with respect to CSC, the "Petition Date"), CSC also filed for chapter 11 protection in the Bankruptcy Court for the Southern District of Florida. On July 12, 2002, the Debtors' bankruptcy cases were converted to chapter 7. On September 18, 2002, the Debtors' bankruptcy cases were transferred to the Bankruptcy Court for the Southern District of California.

2. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(F). This Court has jurisdiction over the subject matter of this core adversary proceeding based on 28 U.S.C. §§ 157(a) and 1334(b).

3. Venue is based on 28 U.S.C. § 1409(a) in that the instant proceeding is related to the Debtors' bankruptcy cases, which are still pending.

4. This Complaint initiates an adversary proceeding within the meaning of Federal Rule of Bankruptcy Procedure 7001(1).

**PARTIES**

5. The Trustee was appointed on October 3, 2002, and is the duly authorized representative of the Bankruptcy Estates pursuant to section 704 of the Bankruptcy Code.

6. Defendant Harold Gewerter aka Harold P. Gewerter, is an individual whom conducted business with the Debtors in California prior to the Petition Date ("Defendant").

7. Defendant Harold Gewerter, Esq. LTD, is a Nevada Corporation which conducted business with the Debtors in California prior to the Petition Date ("Defendant Corporation").

**GENERAL ALLEGATIONS**

8. The Debtors are each Nevada corporations with their principal places of business in Escondido, California.

- 2 -

5217-1/202647.1

9. On or about May 30, 2002, Commercial Money Center Inc. ("CMC") commenced a case under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Florida.

10. On or about June 13, 2002, Commercial Servicing Corporation ("CSC") also filed a voluntary petition under Chapter 11 with the Florida Bankruptcy.

11. On June 24, 2002, each of the Debtors consented to the appointment of a Chapter 11 trustee in their respective bankruptcy cases. On June 27, 2002, the Debtor each filed motions in their respective cases to convert the cases to Chapter 7. On June 28, 2002, Kenneth Welt, the prior trustee, was appointed as Chapter 11 trustee for both debtors. On July 12, 2002, the Florida Bankruptcy Court granted the motion to convert and entered orders converting both of the debtors' cases to Chapter 7, at which time the prior Trustee began acting as Chapter 7 trustee for both of the debtors. On September 18, 2002, the Florida Bankruptcy Court entered orders in each of the debtor's cases transferring venue to this court and, on October 2, 2002, the clerk of the Florida Bankruptcy Court filed a notice that the records in these cases had been transferred to this Court. On October 3, 2002, the transfer date, the order transferring venue was filed with this court and the Trustee was appointed by the Office of the United States Trustee in both the CMC and CSC bankruptcy.

12. Plaintiff alleges on information and belief that between January 5, 2000, and March 7, 2002, Defendant and Defendant Corporation negotiated checks, or received transfers, from the Debtor totaling approximately $1,126,348.11. A copy of the Debtor's payable records downloaded from Quickbooks and Great Plains, which were maintained by the Debtor, reflecting said payment(s) is attached as Exhibit "A" hereto and incorporated by reference.

13. Plaintiff alleges on information and belief that other transfers, including but not limited to electronic or wire transfers, may have occurred from Debtor to Defendant and Defendant Corporation, in an amount according to proof at trial.

/ / /

- 3 -

# FIRST CLAIM FOR RELIEF
### (11 U.S.C. SECTION 547-AVOIDANCE OF PREFERENTIAL TRANSFER)

14. Plaintiff realleges and incorporates by this reference paragraphs 1 - 13 of this complaint as fully set forth hereat.

15. Plaintiff alleges on information and belief that the payment(s) made to Defendant, in paragraphs 12-13, represented a transfer of an interest of the debtor in property

    (1)    to or for the benefit of a creditor;

    (2)    for or on account of an antecedent debt owed by the debtor before such transfer was made;

    (3)    made while the debtor was insolvent;

    (4)    made —

        (A)    on or within 90 days before the date of the filing of the petition; or

        (B)    between ninety days and one year before the date of the filing of the petition, if such creditor at the time of such transfer was an insider; and

    (5)    that enables such creditor to receive more than such creditor would receive if —

        (A)    the case were a case under chapter 7 of this title;

        (B)    the transfer had not been made; and

        (C)    such creditor received payment of such debt to the extent provided by the provisions of this title.

16. Plaintiff seeks to avoid the transfer(s) referenced in paragraph 12-13 of this complaint, and recover, for the benefit of the estate, the property transferred, or, if the Court so orders, the value of such property, from (a) the initial transferee of such transfer or the entity for whose benefit such transfer was made; or (b) any immediate or mediate transferee of such initial transferee.

- 4 -

**SECOND CLAIM FOR RELIEF**
**(Avoidance of Fraudulent Conveyance - 11 U.S.C. Section 548)**

17.   Plaintiff realleges and incorporates by reference paragraphs 1 through 13 of this complaint as though fully set forth herein.

18.   Plaintiff alleges on information and belief that the transfer(s) made by the Debtor to the Defendant, as outlined in paragraphs 12-13, were within one year before the date of the bankruptcy filing and the Debtor voluntarily

(1)      made such transfer or incurred such obligation with the actual intent to hinder, delay, or defraud any entity to which was or became, on or after the date such transfer was made or such obligation was incurred, indebted; or

(2)(A)      received less than a reasonably equivalent value in exchange for such transfer or obligation;

   (B)(I)      was insolvent on the date such transfer was made or such obligation was incurred, or became insolvent as a result of such transfer or obligations;

    (ii)      was engaged in business or transaction, or was about to engage in business or transaction, for which any property remaining with the debtor was an unreasonably small capital; or

    (iii)      intended to incur or believed that the debtor would incur debts that would be beyond the debtor's ability to pay as such debts matured.

19.   Plaintiff is authorized to avoid the transfer(s) identified in paragraphs 12-13 and may recover for the benefit of the estate the property transferred or, if the court so orders, the value of such property from (1) the initial transferee of such transfer or the entity for whose benefit such transfer was made; or (2) any immediate or mediate transferee of such initial transferee.

**THIRD CLAIM FOR RELIEF**
**(AVOIDANCE OF FRAUDULENT CONVEYANCE- California Civil Code §3439.04 and 3439.05)**

20.   Plaintiff realleges and herein incorporates by reference all of the allegations set forth in paragraphs 1 through 13 of this Complaint as though fully set forth herein.

21.   Plaintiff is a hypothetical lien creditor pursuant to §544(b) of Title 11 of the United States Code.

22. Within four years of the Chapter 7 bankruptcy filing the Debtor transferred the property referenced in paragraphs 12-13 to Defendant.

23. Plaintiff alleges on information and belief that the transfer(s), as alleged in paragraphs 12-13 were made by the Debtor (a) with actual intent to hinder, delay, or defraud any creditor of the Debtor; (b) without receiving a reasonably equivalent value in exchange for the transfer or obligation, and the Debtor: (1) was engaged or was about to engage in a business or a transaction for which the remaining assets of the Debtor were unreasonably small in relation to the business or transaction; or (2) intended to incur, or believed or reasonably should have believed that he would incur, debts beyond his ability to pay as they became due.

24. Plaintiff alleges on information and belief that the transfer(s) alleged in paragraphs 12-13 were made without the Debtor receiving reasonably equivalent value in exchange for the transfer and the Debtor was insolvent at the time, or the Debtor became insolvent as a result of the transfer.

25. The transfer(s) is/are avoidable by the Trustee pursuant to California Civil Code sections 3439.04, 3439.05 and 3439.07(a)(1). As a result, the Trustee may recover the value of the asset transferred from (1) the first transferee of the asset or the person for whose benefit the transfer was made; or (2) any subsequent transferee, other than a good faith transferee who took for value or from any subsequent transferee.

WHEREFORE, plaintiff prays for judgment against Defendant as follows:

**FIRST CLAIM FOR RELIEF**

1. That the transfer(s) to Defendant be avoided as a preferential transfer, in an amount not less than $2,109.11, and according to proof at trial.

2. That the trustee may recover for the benefit of the estate, the property transferred, or if the Court so orders the value of such property from (a) the initial transferee of such transfer or the entity for whose benefit such transfer was made; or (b) any immediate or mediate transferee of such initial transferee.

3. For such other relief as the Court deems necessary and proper.

- 6 -

5217-1/202647.1

4. If appropriate, attorney's fees and costs to plaintiff.

## SECOND CLAIM FOR RELIEF

1. That the transfer(s) to Defendant be avoided as a Fraudulent Transfer pursuant to 11 U.S.C.§548, in an amount not less than $1,126,348.11, and according to proof at trial.

2. That the trustee may recover for the benefit of the estate, the property transferred, or if the Court so orders the value of such property from (a) the initial transferee of such transfer or the entity for whose benefit such transfer was made; or (b) any immediate or mediate transferee of such initial transferee.

3. For such other relief as the Court deems necessary and proper.

4. If appropriate, attorney's fees and costs to plaintiff.

## THIRD CLAIM FOR RELIEF

1. That the transfer(s) to Defendant be avoided as a Fraudulent Transfer pursuant to California Civil Code §3439.04 and 3439.05, in an amount not less than $1,126,348.11, and according to proof at trial.

2. That the trustee may recover for the benefit of the estate, the property transferred, or if the Court so orders the value of such property from (a) the initial transferee of such transfer or the entity for whose benefit such transfer was made; or (b) any immediate or mediate transferee of such initial transferee.

3. For such other relief as the Court deems necessary and proper.

4. If appropriate, attorney's fees and costs to plaintiff.

SPARBER RUDOLPH ANNEN

Dated: May 28, 2004    By: /s/Yosina M. Lissebeck
　　　　　　　　　　　　　Yosina M. Lissebeck, Esq.
　　　　　　　　　　　　　Attorneys for Richard M Kipperman, Chapter 7 Trustee

- 7 -

5217-1/202647.1

In re: Commercial Money Center, Inc.
Detail of Payments to Selected Parties in the Four Years Prior to Petition Date
Commercial Money Center, Inc.

DRAFT

| Trans Date | Type | Check #/Ref | Description | Bank/Description | Account # | Amount |
|---|---|---|---|---|---|---|
| **Gewerter, Harold** | | | | | | |
| *Airtravel International* | | | | | | |
| 11/14/00 | Check | 8603 | Gewerter deposition-Dallas | Wells Fargo | 040-1931795 | $603.00 |
| | | | | | | $603.00 |
| *Board of Continuing Legal Educ* | | | | | | |
| 02/11/02 | Check | 12543 | H.GEWERTER BAR NO 499 | Wells Fargo | 040-1931795 | $25.00 |
| | | | | | | $25.00 |
| *Gewerter* | | | | | | |
| 02/09/01 | Check | 140 | PR | Wells Fargo | 067-0940725 | $28.00 |
| | | | | | | $28.00 |
| **Gewerter, Harold P.** | | | | | | |
| 01/05/00 | Check | 6026 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/07/00 | Check | 6084 | | Wells Fargo | 040-1931795 | $5,000.00 |
| 01/13/00 | Check | 6109 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/20/00 | Check | 6165 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/27/00 | Check | 6226 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/31/00 | Check | 6269 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/07/00 | Check | 6298 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/07/00 | Check | 6346 | | Wells Fargo | 040-1931795 | $10,000.00 |
| 02/09/00 | Check | 6365 | | Wells Fargo | 040-1931795 | $195.00 |
| 02/16/00 | Check | 6415 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/18/00 | Check | 6467 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/28/00 | Check | 6520 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 03/06/00 | Check | 6606 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 03/13/00 | Check | 6661 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 03/13/00 | Check | 6663 | | Wells Fargo | 040-1931795 | $2,000.00 |

*Sources:* Accounting data downloaded from QuickBooks and Great Plains files maintained by the Debtors.

Page 1 of 8

EXHIBIT A

In re: Commercial Money Center, Inc.
Detail of Payments to Selected Parties in the Four Years Prior to Petition Date
Commercial Money Center, Inc.

DRAFT

| Trans Date | Type | Check #/Ref | Description | Bank/Description | Account # | Amount |
|---|---|---|---|---|---|---|
| Gewerter, Harold | | | | | | |
| Gewerter, Harold P. | | | | | | |
| 03/20/00 | Check | 6644 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 03/20/00 | Check | 6744 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 03/27/00 | Check | 6804 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 03/31/00 | Check | 6899 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 04/10/00 | Check | 6938 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 04/17/00 | Check | 6988 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 04/24/00 | Check | 7029 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 05/03/00 | Check | 7070 | CONSULTING | Wells Fargo | 040-1931795 | $2,000.00 |
| 05/08/00 | Check | 7149 | Legal Consulting | Wells Fargo | 040-1931795 | $2,000.00 |
| 05/15/00 | Check | 7226 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 05/22/00 | Check | 7275 | Legal Consulting | Wells Fargo | 040-1931795 | $2,000.00 |
| 05/30/00 | Check | 7316 | Legal Consulting 6/2/00 | Wells Fargo | 040-1931795 | $2,000.00 |
| 06/05/00 | Check | 7360 | W/E 6/8/00 | Wells Fargo | 040-1931795 | $2,000.00 |
| 06/12/00 | Check | 7422 | ADV COMM 6-15-00 | Wells Fargo | 040-1931795 | $2,000.00 |
| 06/19/00 | Check | 7452 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 06/19/00 | Check | 7456 | Advance on Legal fees | Wells Fargo | 040-1931795 | $5,000.00 |
| 06/26/00 | Check | 7499 | W/E 6/29/00 | Wells Fargo | 040-1931795 | $2,000.00 |
| 07/05/00 | Check | 7558 | W/E 7/6/00 | Wells Fargo | 040-1931795 | $2,000.00 |
| 07/07/00 | Check | 7578 | Cashiers Ck to Harold Gewerter | Wells Fargo | 040-1931795 | $20,000.00 |
| 07/10/00 | Check | 7583 | W/E 7-14-00 | Wells Fargo | 040-1931795 | $2,000.00 |
| 07/17/00 | Check | 7626 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 07/24/00 | Check | 7735 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 07/31/00 | Check | 7770 | early pmt of 8-4-00 ck | Wells Fargo | 040-1931795 | $2,000.00 |
| 08/07/00 | Check | 7812 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 08/08/00 | Check | 7814 | | Wells Fargo | 040-1931795 | $5,000.00 |
| 08/14/00 | Check | 7850 | W/E 8/18/00 | Wells Fargo | 040-1931795 | $2,000.00 |
| 08/21/00 | Check | 7894 | W/E 8/25/00 | Wells Fargo | 040-1931795 | $2,000.00 |
| 08/28/00 | Check | 7950 | W/E 9/1/00 | Wells Fargo | 040-1931795 | $2,000.00 |

*Sources:* Accounting data downloaded from QuickBooks and Great Plains files maintained by the Debtors.

Page 2 of 8

EXHIBIT A

In re: Commercial Money Center, Inc.
Detail of Payments to Selected Parties in the Four Years Prior to Petition Date
Commercial Money Center, Inc.

DRAFT

## Gewerter, Harold
### Gewerter, Harold P.

| Trans Date | Type | Check #/Ref | Description | Bank/Description | Account # | Amount |
|---|---|---|---|---|---|---|
| 09/05/00 | Check | 7992 | Advance | Wells Fargo | 040-1931795 | $2,000.00 |
| 09/11/00 | Check | 8091 | Misc. advances | Wells Fargo | 040-1931795 | $2,000.00 |
| 09/18/00 | Check | 8117 | Harold Gewerter Advance | Wells Fargo | 040-1931795 | $2,000.00 |
| 09/25/00 | Check | 8157 | Advance w/e 9-29 | Wells Fargo | 040-1931795 | $2,000.00 |
| 10/02/00 | Check | 8227 | Employee advance | Wells Fargo | 040-1931795 | $2,000.00 |
| 10/09/00 | Check | 8287 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 10/16/00 | Check | 8339 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 10/23/00 | Check | 8398 | Commission | Wells Fargo | 040-1931795 | $2,000.00 |
| 10/26/00 | Check | 8432 | Comm. settlement | Wells Fargo | 040-1931795 | $15,000.00 |
| 10/26/00 | Withdrawl | WIRE OUT | Escrow funds - cmc #K080866 | Wells Fargo | 4488-838095 | $303,661.00 |
| 10/30/00 | Check | 8459 | Commission | Wells Fargo | 040-1931795 | $2,000.00 |
| 11/07/00 | Check | 8547 | Reimbursement - Travel exp. | Wells Fargo | 040-1931795 | $1,296.31 |
| 11/13/00 | Check | 8587 | Week ending 10/17/00 | Wells Fargo | 040-1931795 | $2,000.00 |
| 11/28/00 | Check | 8764 | Adv. W/E 12-1-00 | Wells Fargo | 040-1931795 | $2,000.00 |
| 12/01/00 | Check | 8786 | Cellphone bill Sep/Oct 2000 | Wells Fargo | 040-1931795 | $363.71 |
| 12/04/00 | Check | 8803 | Adv. 12-8-00 | Wells Fargo | 040-1931795 | $2,000.00 |
| 12/11/00 | Check | 8891 | comm | Wells Fargo | 040-1931795 | $2,000.00 |
| 12/11/00 | Check | 8893 | Reimb. cellphone #3759471 | Wells Fargo | 040-1931795 | $294.52 |
| 12/18/00 | Check | 8959 | Other Advances | Wells Fargo | 040-1931795 | $2,000.00 |
| 12/22/00 | Check | 9026 | 2000 Christmas Bonus | Wells Fargo | 040-1931795 | $870.00 |
| 12/26/00 | Check | 9040 | Weekly Consulting Fee | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/02/01 | Check | 9120 | WEEKLY CONSULTING | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/08/01 | Check | 9187 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/15/01 | Check | 9330 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/15/01 | Check | 9338 | Cell Phone Bill | Wells Fargo | 040-1931795 | $171.03 |
| 01/19/01 | Check | 9398 | BONUS/LEGAL SVC | Wells Fargo | 040-1931795 | $5,000.00 |
| 01/22/01 | Check | 9341 | COMMISSION CK W/E | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/23/01 | Check | 9439 | | Wells Fargo | 040-1931795 | $5,470.48 |

*Sources:* Accounting data downloaded from QuickBooks and Great Plains files maintained by the Debtors.

Page 3 of 8

EXHIBIT A

In re: Commercial Money Center, Inc.
Detail of Payments to Selected Parties in the Four Years Prior to Petition Date
Commercial Money Center, Inc.

DRAFT

### Gewerter, Harold
#### Gewerter, Harold P.

| Trans Date | Type | Check #/Ref | Description | Bank/Description | Account # | Amount |
|---|---|---|---|---|---|---|
| 01/24/01 | Check | 9449 | Add'l Comm on citibank 2000220 | Wells Fargo | 040-1931795 | $1,401.36 |
| 01/29/01 | Check | 9517 | commission | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/05/01 | Check | 9597 | COMMISSION W/E 2-9-01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/08/01 | Check | 9633 | Reim H Gewerter Jan 01 Phone | Wells Fargo | 040-1931795 | $138.30 |
| 02/12/01 | Check | 9684 | Commission - H Gewerter | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/15/01 | Check | 9715 | Advance on Commission | Wells Fargo | 040-1931795 | $25,000.00 |
| 02/19/01 | Check | 9733 |  | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/26/01 | Check | 9775 | Comm w/e 3/2/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 03/02/01 | Check | 9842 | Adv Commissioin | Wells Fargo | 040-1931795 | $25,000.00 |
| 03/05/01 | Check | 9851 | Adv Comm W/E 3/9/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 03/12/01 | Check | 9937 |  | Wells Fargo | 040-1931795 | $2,134.73 |
| 03/16/01 | Check | 9996 | Commission Advance | Wells Fargo | 040-1931795 | $35,000.00 |
| 03/19/01 | Check | 10009 | Commission w/e 2/23/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 03/26/01 | Check | 10068 | Comm Adv W/E 3/30/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 04/02/01 | Check | 10126 | Adv Comm W/E 4/6/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 04/05/01 | Check | 10154 | Adv on Commission | Wells Fargo | 040-1931795 | $10,000.00 |
| 04/06/01 | Check | 10167 | Reimb March 01 Cell Phone | Wells Fargo | 040-1931795 | $155.94 |
| 04/09/01 | Check | 10173 | Adv Comm thr 4/13/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 04/16/01 | Check | 10246 | Adv Comm W/E 4/20/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 04/23/01 | Check | 10295 | Adv Comm W/E 4/27/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 04/30/01 | Check | 10350 | Ad Commission W/E 5/4/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 05/07/01 | Check | 10396 | Adv Commission W/E 5/11/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 05/07/01 | Check | 10399 |  | Wells Fargo | 040-1931795 | $100.64 |
| 05/14/01 | Check | 10451 | Adv Comm W/E 5/18/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 05/21/01 | Check | 10552 | Adv Comm W/E 5/25/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 05/30/01 | Check | 10625 | Adv Comm W/E 6/1/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 06/04/01 | Check | 10661 | Adv Comm W/E 6/8/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 06/06/01 | Check | 10673 |  | Wells Fargo | 040-1931795 | $106.31 |

*Sources:* Accounting data downloaded from QuickBooks and Great Plains files maintained by the Debtors.

Page 4 of 8

EXHIBIT A

In re: Commercial Money Center, Inc.
Detail of Payments to Selected Parties in the Four Years Prior to Petition Date
Commercial Money Center, Inc.

DRAFT

| Trans Date | Type | Check #/Ref | Description | Bank/Description | Account # | Amount |
|---|---|---|---|---|---|---|
| Gewerter, Harold | | | | | | |
| Gewerter, Harold P. | | | | | | |
| 06/11/01 | Check | 10746 | Adv Comm W/E 6/15/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 06/18/01 | Check | 10796 | Adv Comm - W/E 6/22/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 06/25/01 | Check | 10846 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 07/02/01 | Check | 10910 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 07/05/01 | Check | 10956 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 07/12/01 | Check | 11015 | | Wells Fargo | 040-1931795 | $234.87 |
| 07/16/01 | Check | 11044 | consulting | Wells Fargo | 040-1931795 | $2,000.00 |
| 07/30/01 | Check | 11185 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 08/06/01 | Check | 11238 | COM W/E 08/10/01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 08/06/01 | Check | 11239 | JULY CELL PHONE | Wells Fargo | 040-1931795 | $119.86 |
| 08/13/01 | Check | 11310 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 08/20/01 | Check | 11410 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 08/24/01 | Check | 11451 | | Wells Fargo | 040-1931795 | $200.00 |
| 08/27/01 | Check | 11455 | W/E 08-31-01 | Wells Fargo | 040-1931795 | ($2,000.00) |
| 08/27/01 | Check | 11456 | comm w/e 8-31-01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 09/04/01 | Check | 11507 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 09/10/01 | Check | 11579 | commission w/e 9-14-01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 09/12/01 | Check | 11601 | | Wells Fargo | 040-1931795 | $194.78 |
| 09/14/01 | Check | 11623 | | Wells Fargo | 040-1931795 | $5,000.00 |
| 09/17/01 | Check | 11634 | | Wells Fargo | 040-1931795 | $5,000.00 |
| 09/20/01 | Check | 11661 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 09/24/01 | Check | 11689 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 10/01/01 | Check | 11745 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 10/08/01 | Check | 11791 | | Wells Fargo | 040-1931795 | $5,000.00 |
| 10/09/01 | Check | 11799 | | Wells Fargo | 040-1931795 | $5,000.00 |
| 10/10/01 | Check | 11805 | | Wells Fargo | 040-1931795 | $138.73 |
| 10/15/01 | Check | 11841 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 10/22/01 | Check | 11884 | commission w/e 10-26-01 | Wells Fargo | 040-1931795 | $2,000.00 |

*Sources*: Accounting data downloaded from QuickBooks and Great Plains files maintained by the Debtors.

Page 5 of 8

EXHIBIT A

In re: Commercial Money Center, Inc.
Detail of Payments to Selected Parties in the Four Years Prior to Petition Date
Commercial Money Center, Inc.

DRAFT

| Trans Date | Type | Check #/Ref | Description | Bank/Description | Account # | Amount |
|---|---|---|---|---|---|---|
| Gewerter, Harold | | | | | | |
| Gewerter, Harold P. | | | | | | |
| 10/29/01 | Check | 11914 | comm w/e 11-2-01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 11/05/01 | Check | 11956 | CONSULTING | Wells Fargo | 040-1931795 | $2,000.00 |
| 11/07/01 | Check | 11974 | oct phone chg | Wells Fargo | 040-1931795 | $115.12 |
| 11/13/01 | Check | 12003 | COMM W/E 11-16-01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 11/19/01 | Check | 12021 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 11/26/01 | Check | 12032 | consuling w/e 11-30-01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 12/03/01 | Check | 12143 | W/E 12-7-01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 12/10/01 | Check | 12173 | CONSULTING | Wells Fargo | 040-1931795 | $2,000.00 |
| 12/12/01 | Check | 12197 | comm adv | Wells Fargo | 040-1931795 | $5,000.00 |
| 12/17/01 | Check | 12211 | CONSULTING | Wells Fargo | 040-1931795 | $2,000.00 |
| 12/19/01 | Check | 12253 | ADV COMM CELL PHONE | Wells Fargo | 040-1931795 | $5,109.11 |
| 12/21/01 | Check | 12281 | PR W/E 12-28-01 | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/02/02 | Check | 12307 | CONSULTING | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/07/02 | Check | 12322 | P/W W/E 1-11-02 | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/07/02 | Check | 12335 | | Wells Fargo | 040-1931795 | $108.09 |
| 01/14/02 | Check | 12378 | W/E 1-1802 | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/21/02 | Check | 12428 | CONSULTING | Wells Fargo | 040-1931795 | $2,000.00 |
| 01/28/02 | Check | 12444 | C-KON ANNUAL REPORT | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/04/02 | Check | 12467 | consulting w/e 2-8-02 | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/04/02 | Check | 12476 | | Wells Fargo | 040-1931795 | $212.00 |
| 02/06/02 | Check | 12505 | | Wells Fargo | 040-1931795 | $109.11 |
| 02/11/02 | Check | 12545 | consulting w/e 2-8-02 | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/11/02 | Check | 12578 | CONSULTING | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/20/02 | Check | 12586 | consulting | Wells Fargo | 040-1931795 | $2,000.00 |
| 02/27/02 | Check | 12619 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 03/06/02 | Check | 12646 | | Wells Fargo | 040-1931795 | $2,000.00 |
| 03/07/02 | Check | 12666 | | Wells Fargo | 040-1931795 | $109.11 |

*Sources:* Accounting data downloaded from QuickBooks and Great Plains files maintained by the Debtors.

Page 6 of 8

EXHIBIT A

**In re: Commercial Money Center, Inc.**
**Detail of Payments to Selected Parties in the Four Years Prior to Petition Date**
**Commercial Money Center, Inc.**

DRAFT

| Trans Date | Type | Check #/Ref | Description | Bank/Description | Account # | Amount |
|---|---|---|---|---|---|---|
| **Gewerter, Harold** | | | | | | |
| Gewerter, Harold P. | | | | | | $727,010.11 |
| **Harold P Gerwerter, Ltd. Trust Acct.** | | | | | | |
| 05/18/01 | Check | 19927 | Trust Account | Wells Fargo | 4759-610223 | $12,220.00 |
| 05/18/01 | Check | 19928 | Trust Account | Wells Fargo | 4759-610223 | $17,900.00 |
| 05/18/01 | Check | 19929 | Trust Account | Wells Fargo | 4759-610223 | $39,500.00 |
| 05/18/01 | Check | 19930 | Trust Account | Wells Fargo | 4759-610223 | $9,062.00 |
| | | | | | | $78,682.00 |
| **Harold P. Gewerter, Esq., Ltd** | | | | | | |
| 09/01/00 | Check | 7979 | | Wells Fargo | 040-1931795 | $30,000.00 |
| 11/06/00 | Check | 8518 | Adv. Comm. | Wells Fargo | 040-1931795 | $2,000.00 |
| 07/23/01 | Check | 11114 | | Wells Fargo | 040-1931795 | $2,000.00 |
| | | | | | | $34,000.00 |
| **Wells Fargo Bank** | | | | | | |
| 07/07/00 | Check | 7581 | Cashiers ck to Harold Gewerter | Wells Fargo | 040-1931795 | $20,000.00 |
| 07/20/00 | Check | 7733 | cashier's ck for Harold Gewert | Wells Fargo | 040-1931795 | $20,000.00 |
| 07/21/00 | Check | 7734 | Cashiers ck/Harold Gewerter Es | Wells Fargo | 040-1931795 | $25,000.00 |
| 08/01/00 | Check | 7787 | Cashiers ck for HP Gewerter | Wells Fargo | 040-1931795 | $25,000.00 |
| 08/02/00 | Check | 7792 | cashier's ck for Harold P Gewe | Wells Fargo | 040-1931795 | $21,000.00 |
| 08/14/00 | Check | 7852 | Cashiers ck for HP Gewerter Es | Wells Fargo | 040-1931795 | $35,000.00 |
| 08/18/00 | Check | 7886 | cashiers ck to HPGewerter Esq | Wells Fargo | 040-1931795 | $40,000.00 |
| 08/29/00 | Check | 7960 | Cashiers ck to HPGewerter, Esq | Wells Fargo | 040-1931795 | $20,000.00 |
| 09/01/00 | Check | 7987 | Cashiers check to Harold Gewer | Wells Fargo | 040-1931795 | $30,000.00 |
| 09/06/00 | Check | 7999 | Harold Gewerter, Trust Acct. | Wells Fargo | 040-1931795 | $25,000.00 |
| 09/11/00 | Check | 8063 | Gewerter Trust Account | Wells Fargo | 040-1931795 | $25,000.00 |

*Sources:* Accounting data downloaded from QuickBooks and Great Plains files maintained by the Debtors.

EXHIBIT A

DRAFT

**In re: Commercial Money Center, Inc.**
**Detail of Payments to Selected Parties in the Four Years Prior to Petition Date**
Commercial Money Center, Inc.

Gewerter, Harold
Wells Fargo Bank

| Trans Date | Type | Check #/Ref | Description | Bank/Description | Account # | Amount |
|---|---|---|---|---|---|---|
| | | | | | | $286,000.00 |
| | | | | | | $1,126,348.11 |

*Sources:* Accounting data downloaded from QuickBooks and Great Plains files maintained by the Debtors.

EXHIBIT A